CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

July 27, 2026

Hilary C. Tompkins, Esq.
Matthew J. Higgins, Esq.
Hogan Lovells
555 Thirteenth Street, NW
Washington, DC  20004

Elizabeth A. Och, Esq.
Hogan Lovells
1601 Wewatta Street, Suite 900
Denver, CO  80202

Bradford C. Jones, Esq.
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO  80203

Lily E. Nierenberg, Esq.
Colorado Department of Law
1300 Broadway, 6th Floor
Denver, CO  80203

RE:  No. 25-1440 – Southern Ute Indian Tribe v. Jared Polis, et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **August 31, 2026**.

Sincerely,

Kevin J. Kinnear

KJK:dm